# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 16-1216**  **September Term, 2016**

**FCC-06/02/16 Letter**

**Filed On:** October 21, 2016

In re: Blanca Telephone Company,

    Petitioner

**BEFORE:** Rogers, Srinivasan, and Wilkins, Circuit Judges

## O R D E R

Upon consideration of the petition for writ of prohibition, the response thereto, and the reply, it is

**ORDERED** that the petition be denied. The grounds for issuing a writ of prohibition "are virtually identical" to the grounds for issuing a writ of mandamus. In re al-Nashiri, 971 F.3d 71, 75 n.3 (D.C. Cir. 2015). Petitioner has not shown a clear and indisputable right to the extraordinary remedy of prohibition. See Northern States Power Co. v. U.S. Dep't of Energy, 128 F.3d 754, 758 (D.C. Cir. 1997).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**